MORRIS BALZER, Appellant, v. LOUISE BURGEVIN, Respondent.— Motion to dismiss appeal denied on condition that appellant within five days pay ten dollars costs, perfect the appeal for the December term (for which term this case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

SAMUEL BLANK and Others, Appellants, v. MORRIS B. EVENS, Respondent.— Motion for stay denied and temporary stay vacated, without costs. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

VIOLET A. BUDD, Appellant, v. WILLIAM HARDENBURG BUDD and Others, Respondents.— Motion to dismiss appeal denied, without costs. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

HARRY C. HARRIS, Respondent, v. BESSIE ABRAMSKY, as Administratrix, etc., of BARNET ABRAMSKY, Deceased, Appellant.— Motion to open default granted and order dismissing the appeal vacated, upon condition that appellant perfect the appeal for the December term (for which term this case is set down), and be ready for argument when reached; otherwise, motion to open default denied, with ten dollars costs. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

HARRY HASTINGS ATTRACTIONS, Respondent, v. TOM HOWARD, Appellant.— Motion to suspend operation of the injunction order pending appeal denied and stay vacated, on condition that within five days plaintiff file an additional surety company undertaking in the sum of $4,000 to indemnify defendant against any loss; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

SLAUGHTER W. HUFF and Another, as Receivers, etc., Appellants, v. THE CITY OF NEW YORK and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

In the Matter of the Application of MOSES CHERRY for a Peremptory Writ of Mandamus Directed to JOHN ISBISTER, as Building Inspector of the Village of Larchmont.— Motion to resettle order granted. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ. Settle order on notice before Mr. Justice Kelby.

LOULA MAE McLEAN, Appellant, v. JOHN C. CLARK and THE FARMERS' LOAN AND TRUST COMPANY, as Executors and Trustees, etc., and Others, Respondents.— Motion to dismiss appeal granted, with leave to appellant to move to restore the case upon papers showing merit in the appeal, in accordance with rule 12.* Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK DE MARTINE, Appellant.— Motion to dispense with printing papers on appeal granted. Points to be printed. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

---

* App. Div. Rules, 2d Dept., rule 12.— [REP.